**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>JAVIER PINAL,<br><br>        Defendant. | Case No.: 17CR3027-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 30] |

Upon due consideration, good cause appearing, the Court **GRANTS** the United States' Motion to Dismiss the Information as to Defendant Javier Pinal.

**IT IS SO ORDERED AND ADJUDGED.**

DATE: April 23, 2018

HON. MICHAEL M. ANELLO
United States District Judge

17cr3027